UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN UYEYAMA, | No. 2:16-cv-00130-KJM-CKD |
| Plaintiff, | |
| v. | ORDER |
| JACKSON NATIONAL LIFE INSURANCE COMPANY, | |
| Defendants. | |

In June of this year, the parties filed a stipulated request that this action be dismissed without prejudice, ECF No. 12, and the action was dismissed without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), ECF No. 13. The parties now request the court order that dismissal was entered with prejudice. ECF No. 14. "[T]he district court has no role to play once a notice of dismissal under Rule 41(a)(1) is filed. The action is terminated at that point, as if no action had ever been filed." *Commercial Space Mgmt. Co. v. Boeing Co.*, 193 F.3d 1074, 1080 (9th Cir. 1999). The court loses jurisdiction over the action. *Id.* at 1076. The parties' request is therefore DENIED.

IT IS SO ORDERED.

DATED: July 7, 2016.

_____
UNITED STATES DISTRICT JUDGE

1